MICHAEL E. McFARLAND
EVANS, CRAVEN LACKIE, P.S.
W. 818 Riverside
Suite 250, Lincoln Building
Spokane, WA 99201
(509) 455-5200

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEL and CHERIE IRISH, individually and as a marital community; and as guardian ad litem of JANE DOE IRISH, a minor<br><br>Plaintiffs,<br><br>vs.<br><br>WHITMAN COUNTY, a quasi-municipal corporation;<br><br>Respondent. | No. CV-05-134-LRS<br><br>ORDER OF DISMISSAL OF PLAINTIFFS' STATE LAW NEGLIGENT INVESTIGATION CLAIM |

PURSUANT TO the Parties' Stipulation for Dismissal of Plaintiffs' State Law Negligent Investigation Claim, and the Court being fully advised in the premises it is hereby ORDERED, ADJUDGED AND DECREEED that the Plaintiffs' state law negligent investigation claim arising from the criminal

ORDER OF DISMISSAL OF PLAINTIFFS'
STATE LAW NEGLIGENT INVESTIGATION
CLAIM - 1

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

investigation conducted by the Whitman County Sheriff's Office of Howard Banks is hereby dismissed with prejudice and without costs.

DATED this 31st day of May, 2006.

s/Lonny R. Suko
_____
The Honorable Lonnie R. Suko

Presented by:

EVANS, CRAVEN & LACKIE, P.S.


By  /s/ Michael E. McFarland, Jr.
    MICHAEL E. McFARLAND, JR., #23000
    Attorneys for Defendant


Presentment waived by:

JOHNSON LAW GROUP


By  /s/ Michael A. Nelson
    MICAHEL A. NELSON, #13789
    Attorney for Plaintiffs
and


By  /s/ James Spurgetis
    JAMES SPURGETIS, #7949

ORDER OF DISMISSAL OF PLAINTIFFS'
STATE LAW NEGLIGENT INVESTIGATION
CLAIM - 2

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

## Certificate of Service

I hereby certify that on May 30, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Mike Nelson
Johnson Law Group
818 W. Riverside, Suite 700
Spokane, WA  99201

James P. Spurgetis
Washington Mutual Financial Center
601 W. Main, Suite 820
Spokane, WA  99201

    /s/   Michael E. McFarland, Jr.
MICHAEL E. McFARLAND, #23000
Attorney for Defendants
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Suite 250
Spokane, Washington  99201
(509) 455-5200
(509) 455-3632 Facsimile
MMcFarland@ecl-law.com

ORDER OF DISMISSAL OF PLAINTIFFS'
STATE LAW NEGLIGENT INVESTIGATION
CLAIM - 3