AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

DEL and CHERIE IRISH, individually, and as the marital community; and as guardian ad litem of JANE DOE IRISH, a minor,

    Plaintiffs,

v.

WHITMAN COUNTY, a quasi-municipal corporation,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-05-134-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Defendant pursuant to the Order entered on November 20, 2006, Ct. Rec. 92.

November 20, 2006
*Date*

JAMES R. LARSEN
*Clerk*

s/ Cora Vargas
*(By) Deputy Clerk*

Cora Vargas